**ORIGINAL**

# In the United States Court of Federal Claims

No. 15-1075C
(Filed February 5, 2016)
NOT FOR PUBLICATION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| | \* |
| | \* |
| RON HADDAD, Jr., | \* |
| | \* |
| Plaintiff, | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| Defendant. | \* |
| | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FILED**

FEB - 5 2016

U.S. COURT OF
FEDERAL CLAIMS

## ORDER

On January 27, 2016, the Clerk's office received a document from Mr. Haddad, which was not filed when received because it did not appear to be of a type recognizable for filing under our rules. The document discusses Mr. Haddad's participation in GED courses and the request of prison officials that he provide personal information on forms. It does not appear to have anything to do with Mr. Haddad's complaint or the government's motion to dismiss the above-captioned case. Taking plaintiff's *pro se* status into consideration, however, the Court will allow the document to be filed as a status report. The Clerk is directed to file the document as such.

IT IS SO ORDERED.

_____
VICTOR J. WOLSKI
Judge